*Anonymous.*

JONES, on a mere notice of motion and affidavit of service, moved to add a new count, in a declaration in ejectment, on the demise of a new lessor. It was opposed. But,

3 G

*Per Curiam.* Take your motion on the usual terms. If the opposite side abandon his defence, you pay all costs;* if he vary it, the costs of the former pleading.

*\* S. P. Wimple & ano'r v. M'Dougal, ante, p. 55. citing Jackson ex dem. Quackenbos v. Dennis.*